Joseph Ostoyich (*pro hac vice*)
joseph.ostoyich@bakerbotts.com
**BAKER BOTTS LLP**
1299 Pennsylvania Ave., NW
Washington, D.C. 20004
Telephone: (202) 639-7700
Facsimile: (202) 639-7890

Stuart C. Plunkett (Cal. Bar No. 187971)
stuart.plunkett@bakerbotts.com
**BAKER BOTTS LLP**
101 California Street, Suite 3600
San Francisco, California 94111
Telephone: (415) 291-6200
Facsimile: (415) 291-6300

*Counsel for Patterson Companies, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL DYLAN KRAMER, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> HENRY SCHEIN, INC.; PATTERSON CO., INC.; BENCO DENTAL SUPPLY CO.; AND UNNAMED CO. CONSPIRATORS. <br><br> Defendants. | Case No. 4:18-cv-06183-JSW <br><br> **DEFENDANTS' JOINT NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING** <br><br> Honorable Jeffrey S. White |

Pursuant to LR 3-13, Defendants Henry Schein, Inc. ("Henry Schein"), Patterson Co., Inc. ("Patterson") and Benco Dental Supply Co. ("Benco") state that the following ongoing litigation in federal court involves all or a material part of the same subject matter and also involves all or substantially all of the same defendants at issue here:

- *IQ Dental Supply, Inc. v. Henry Schein, Inc., Patterson Co., Inc., and Benco Dental Supply Co.*, No. 18-00175 (2d Cir.) is an antitrust suit brought by a purported competitor of defendants, alleging that defendants conspired to eliminate new competition among distributors of dental supplies in violation of the federal Sherman Act and the New Jersey

and New York antitrust statutes. Judge Cogan of the Eastern District of New York dismissed plaintiff's claims for lack of standing, and plaintiff appealed. *IQ Dental Supply, Inc. v. Henry Schein, Inc.*, 2017 WL 6557482 (E.D.N.Y. Dec. 22, 2017). The Second Circuit Court of Appeals heard argument on September 13, 2018. The appeal is pending.

- *In re Dental Supplies Antitrust Litig.*, No. 1:16-cv-00696 (E.D.N.Y.) is an antitrust suit brought by a purported class of "all persons or entities that directly purchased dental supplies and equipment from Henry Schein, Patterson, Benco, or Burkhart [Dental Supply] or any combination thereof . . ." Second Consolidated Class Action Complaint (Dkt. No. 116). The plaintiffs allege that defendants conspired to eliminate new entry into the U.S. market for dental equipment and supplies and to maintain inflated prices for dental supplies in violation of the federal Sherman Act. The putative class action, in which extensive fact and expert discovery has taken place, is assigned to Judge Cogan. The parties have agreed to resolve the lawsuit and a motion for preliminary approval of the proposed class settlement is pending. (Dkt. Nos. 308-310).

- *SourceOne Dental, Inc. v. Patterson Cos., Inc.* and *Benco Dental Supply Co.*, No. 15-cv-5440 (E.D.N.Y.) is an antitrust suit brought by a purported competitor of defendants (as well as of Henry Schein, which previously settled this action), alleging that defendants conspired to eliminate new competition among distributors of dental supplies in violation of the federal Sherman Act and the Arizona and New York antitrust statutes. Plaintiff also has asserted claims for tortious interference, civil conspiracy, and aiding and abetting. This case is assigned to Judge Cogan. The parties have completed extensive fact and expert discovery. On April 10, 2018, Judge Cogan denied defendants' motions for summary judgment as to plaintiff's Sherman Act claim, damages claim, and certain state law claims. The Court granted defendant's motion for summary judgment as to the aiding and abetting claim. Trial is scheduled to commence on April 29, 2019.

- *Archer and White Sales, Inc. v. Henry Schein, Inc., Danaher Corp., Instrumentarium Dental Inc., Dental* Equip*. LLC, Kavo Dental Tech., LLC, and Dental Imaging Techs.*

*Corp.*, No. 16-41674 (5th Cir.), *cert granted* 138 S.Ct. 2678, No. 17-1272, is an antitrust suit brought by a purported supplier of dental supplies and equipment. Plaintiff alleges that Henry Schein, Patterson, Benco, and Burkhart conspired together and with their common suppliers to fix prices and eliminate plaintiff from the U.S. market for dental equipment and supplies in violation of the federal Sherman Act and Texas antitrust statute. Argument was heard on October 29, 2018. The issue of whether defendants can enforce arbitration of these claims is currently before the United States Supreme Court.

The actions before Judge Cogan are closely related to the action filed in this Court. They all involve common defendants Henry Schein, Patterson, and Benco. The underlying allegations are also largely the same. As in the other pending cases, Plaintiff alleges that Henry Schein, Patterson, and Benco control large portions of the market for distribution of dental supplies. And, as in the other pending actions, Plaintiff alleges that defendants conspired to fix the prices for those supplies at an inflated level and to eliminate the same competition. The only difference between this case and the other pending actions is that Plaintiff brings his purported class action under California's antitrust and unfair competition statutes. The underlying subject matter is the same.

Defendants do not intend to seek transfer pursuant to 28 U.S.C. § 1407 (Multi District Litigation Procedures). Defendants believe that if this matter proceeds to discovery following motions to dismiss, discovery can be streamlined given the substantial discovery on the same subject matter that has already taken place in the related cases. Adopting procedures to streamline discovery in this matter would potentially avoid conflicts, conserve resources, and promote an efficient determination of this case.

Dated: December 5, 2018                                   Respectfully submitted,

*s/ Kimberly Arouh*
Howard D. Scher (*pro hac vice*)
howard.scher@bipc.com
Samantha L. Southall (*pro hac vice*)
samantha.southall@bipc.com
Thomas P. Manning (*pro hac vice*)
thomas.manning@bipc.com
**BUCHANAN INGERSOLL & ROONEY PC**
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102-2555
Telephone: (215) 665-8700
Facsimile: (215) 665-8760

Kimberly Arouh (SBN 163285)
kimberly.arouh@bipc.com
**BUCHANAN INGERSOLL & ROONEY PC**
One America Plaza
600 West Broadway, Suite 110
San Diego, CA 92101
Telephone: (619) 239-8700
Facsimile: (619) 702-3898

*Counsel for Benco Dental Supply Co.*

**Right signature block:**

/s/ *Stuart C. Plunkett*
Joseph Ostoyich (*pro hac vice*)
joseph.ostoyich@bakerbotts.com
**BAKER BOTTS LLP**
1299 Pennsylvania Ave., NW
Washington, D.C. 20004
Telephone: (202) 639-7700
Facsimile: (202)639-7890

Stuart C. Plunkett (SBN 187971)
stuart.plunkett@bakerbotts.com
**BAKER BOTTS LLP**
101 California Street, Suite 3600
San Francisco, CA 94111
Telephone: (415) 291-6204
Facsimile: (415) 291-6300

*Counsel for Patterson Companies, Inc.*

*/s/ Eliot A. Adelson*
Barack S. Echols (*pro hac vice*)
barack.echols@kirkland.com
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-3144
Facsimile:  (312) 862-2200

Eliot A. Adelson (SBN 205284)
eliot.adelson@kirkland.com
**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1413
Facsimile: (415) 439-1500

*Counsel for Henry Schein, Inc*

**CERTIFICATE OF SERVICE**

I certify that on December 5, 2018, I caused a copy of this Notice of Pendency of Other Action or Proceeding to be served on all counsel of record via the Court's Electronic Filing system.

Dated: December 5, 2018

/s/ *Stuart C. Plunkett*
Joseph Ostoyich (*pro hac vice*)
joseph.ostoyich@bakerbotts.com
**BAKER BOTTS LLP**
1299 Pennsylvania Ave., NW
Washington, D.C. 20004
Telephone: (202) 639-7700
Facsimile: (202)639-7890

Stuart C. Plunkett (SBN 187971)
stuart.plunkett@bakerbotts.com
**BAKER BOTTS LLP**
101 California Street, Suite 3600
San Francisco, CA 94111
Telephone: (415) 291-6204
Facsimile: (415) 291-6300

*Counsel for Patterson Companies, Inc.*

## ATTESTATION

I hereby attest that I have obtained concurrence of the above noted signatories as indicated by a "conformed" signature (/s/) within this e-filed document.

Dated: December 5, 2018

By: /s/ *Stuart C. Plunkett*
Joseph Ostoyich (*pro hac vice*)
joseph.ostoyich@bakerbotts.com
**BAKER BOTTS LLP**
1299 Pennsylvania Ave., NW
Washington, D.C. 20004
Telephone: (202) 639-7700
Facsimile: (202)639-7890

Stuart C. Plunkett (SBN 187971)
stuart.plunkett@bakerbotts.com
**BAKER BOTTS LLP**
101 California Street, Suite 3600
San Francisco, CA 94111
Telephone: (415) 291-6204
Facsimile: (415) 291-6300

*Counsel for Patterson Companies, Inc.*