Joseph Ostoyich (*pro hac vice*)
joseph.ostoyich@bakerbotts.com
BAKER BOTTS LLP
1299 Pennsylvania Ave., NW
Washington, D.C. 20004
Telephone: (202) 639-7700
Facsimile: (202) 639-7890

Stuart C. Plunkett (Cal. Bar No. 187971)
stuart.plunkett@bakerbotts.com
BAKER BOTTS LLP
101 California Street, Suite 3600
San Francisco, California 94111
Telephone: (415) 291-6200
Facsimile: (415) 291-6300

*Counsel for Defendant*
*Patterson Companies, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

NATHANIEL DYLAN KRAMER,
Individually and on behalf of all others
similarly situated,

      Plaintiff,

      v.

HENRY SCHEIN, INC.; PATTERSON CO.,
INC.; BENCO DENTAL SUPPLY CO.;
AND UNNAMED CO. CONSPIRATORS.

      Defendants.

Case No. 4:18-cv-06183-JSW

**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING CASE MANAGEMENT CONFERENCE DATE  AS MODIFIED**

Honorable Jeffrey S. White

1    Plaintiff Nathaniel Dylan Kramer and Defendants Henry Schein, Inc., Patterson Companies,

2  Inc., and Benco Dental Supply Co. respectfully file this stipulation pursuant to Northern District of

3  California Civil Local Rules 7-12 and 16-2(e) to continue the Case Management Conference

4  currently scheduled for June 7, 2019, to September 13, 2019, and hereby agree as follows:

5    WHEREAS, the original complaint in this case was filed on October 9, 2018, and the

6  amended complaint was filed on December 7, 2018;

7    WHEREAS, on December 14, 2018, the Court ordered that the Case Management

8  Conference be conducted on June 7, 2019 at 11:00 a.m.;

9    WHEREAS, on January 18, 2019 the Defendants filed a joint motion to dismiss pursuant to

10  Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) and a separate joint motion to dismiss

11  pursuant to Federal Rule of Civil Procedure 12(b)(2) (collectively, "Motions to Dismiss");

12    WHEREAS, the Court vacated the hearing on the Motions to Dismiss, which are currently

13  under submission; and

14    WHEREAS, the parties have met and conferred to discuss the upcoming case management

15  conference date and agree that a continuance of the Case Management Conference to September 13,

16  2019, makes sense given the pending Motions to Dismiss;

17    IT IS HEREBY STIPULATED that the Case Management Conference currently scheduled

18  for June 7, 2019, at 11:00 a.m. be continued to September 13, 2019 at 11:00 a.m., or to another date

19  convenient for the Court.

20    **IT IS SO STIPULATED AND AGREED.**

21

22

23

24

25

26

27

28

Dated: May 17, 2019

Respectfully submitted,

/s/ Jason H. Kim

Jason H. Kim
Todd M. Schneider
**SCHNIEDER WALLACE COTTRELL KONECKY WOTKYNS, LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
Fax: (415) 421-7105
tschneider@schneiderwallace.com
jkim@schneiderwallace.com

**MCKOOL SMITH**
Lewis T. LeClair 300 Crescent Court
Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Fax: (214) 978-4044
lleclair@mckoolsmith.com

**BERRY LAW PLLC**
R. Stephen Berry (*admitted pro hac vice*)
1100 Connecticut Avenue, NW, Suite 645
Washington, DC 20036
Telephone: (202) 296-3020
Telecopy: (202) 296-3038
sberry@berrylawpllc.com

*Counsel for Plaintiff*
*Nathaniel Dylan Kramer*

/s/ Stuart C. Plunkett

Joseph Ostoyich (*pro hac vice*)
joseph.ostoyich@bakerbotts.com
**BAKER BOTTS LLP**
1299 Pennsylvania Ave., NW
Washington, D.C. 20004
Telephone: (202) 639-7700
Facsimile: (202)639-7890

Stuart C. Plunkett (SBN 187971)
stuart.plunkett@bakerbotts.com
**BAKER BOTTS LLP**
101 California Street, Suite 3600
San Francisco, CA 94111
Telephone: (415) 291-6204
Facsimile: (415) 291-6300

*Counsel for Defendant*
*Patterson Companies, Inc.*

s/ Kimberly Arouh

Howard D. Scher (*pro hac vice*)
howard.scher@bipc.com
Samantha L. Southall (*pro hac vice*)
samantha.southall@bipc.com
Thomas P. Manning (*pro hac vice*)
thomas.manning@bipc.com
**BUCHANAN INGERSOLL & ROONEY PC**
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102-2555
Telephone: (215) 665-8700
Facsimile: (215) 665-8760

Kimberly Arouh (SBN 163285)
kimberly.arouh@bipc.com
**BUCHANAN INGERSOLL & ROONEY PC**
One America Plaza
600 West Broadway, Suite 110
San Diego, CA 92101
Telephone: (619) 239-8700
Facsimile: (619) 702-3898

*Counsel for Defendant*
*Benco Dental Supply Co.*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*/s/ Eliot A. Adelson*

Barack S. Echols (*pro hac vice*)
barack.echols@kirkland.com
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-3144
Facsimile:  (312) 862-2200

Eliot A. Adelson (SBN 205284)
eliot.adelson@kirkland.com
**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1413
Facsimile: (415) 439-1500

*Counsel for Defendant*
*Henry Schein, Inc.*

# [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, and good cause appearing, the Case Management Conference currently scheduled for June 7, 2019, at 11:00 a.m. is hereby vacated and continued to October 11, 2019 ~~September 13, 2019,~~ at 11:00 a.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: __May 28, 2019__                                      _____

Honorable Jeffrey S. White
United States District Court Judge