Todd M. Schneider (SBN 158253)
Jason H. Kim (SBN 220279)
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Tel: (415) 421-7100
Fax: (415) 421-7105
tschneider@schneiderwallace.com
jkim@schneiderwallace.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL DYLAN KRAMER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HENRY SCHEIN, INC.; PATTERSON CO., INC.; AND BENCO DENTAL SUPPLY CO.; AND UNNAMED BECTON DISTRIBUTOR CO-CONSPIRATORS<br><br>Defendants. | Case No. 4:18-CV-06183<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. Proc. Rule 41(a)(1)(A)(ii), the undersigned parties hereby stipulate to dismiss this action with prejudice. Each party shall bear its own attorneys' fees and costs.

DATED: August 2, 2019

1     */s/ Jason H. Kim*
   Todd M. Schneider
2     Jason H. Kim
   SCHNEIDER WALLACE COTTRELL
3     KONECKY WOTKYNS, LLP
   2000 Powell Street, Suite 1400
4     Emeryville, California 94608
   (415) 421-7100 (Telephone)
5     (415) 421-7105 (Facsimile)

6     Jason H. Kim (SBN 220279)
   jkim@schneiderwallace.com
7
   *Counsel for Plaintiff Nathaniel Dylan Kramer*
8

9     /s/ *Stuart C. Plunkett*
   Joseph Ostoyich (*pro hac vice*)
10    joseph.ostoyich@bakerbotts.com
   **BAKER BOTTS LLP**
11    1299 Pennsylvania Ave., NW
   Washington, D.C. 20004
12    Telephone: (202) 639-7700
   Facsimile: (202)639-7890
13

14    Stuart C. Plunkett (SBN 187971)
   stuart.plunkett@bakerbotts.com
15
   **BAKER BOTTS LLP**
16    101 California Street, Suite 3600
   San Francisco, CA 94111
17    Telephone: (415) 291-6204
   Facsimile: (415) 291-6300
18

19    *Counsel for Defendant*
   *Patterson Companies, Inc.*
20

21    *s/ Samantha L. Southall*
   Howard D. Scher (*pro hac vice*)
22    howard.scher@bipc.com
   Samantha L. Southall (*pro hac vice*)
23    samantha.southall@bipc.com
   Thomas P. Manning (*pro hac vice*)
24    thomas.manning@bipc.com
   **BUCHANAN INGERSOLL & ROONEY PC**
25    Two Liberty Place
   50 S. 16th Street, Suite 3200
26    Philadelphia, PA 19102-2555
27    Telephone: (215) 665-8700
   Facsimile: (215) 665-8760
28

1
2
3
4
5

Kimberly Arouh (SBN 163285)
kimberly.arouh@bipc.com
**BUCHANAN INGERSOLL & ROONEY PC**
One America Plaza
600 West Broadway, Suite 110
San Diego, CA 92101
Telephone: (619) 239-8700
Facsimile: (619) 702-3898

6
7

*Counsel for Defendant*
*Benco Dental Supply Co.*

8
9
10
11
12

*/s/ Barack S. Echols*
Barack S. Echols (*pro hac vice*)
barack.echols@kirkland.com
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-3144
Facsimile:  (312) 862-2200

13
14
15
16

Eliot A. Adelson (SBN 205284)
eliot.adelson@kirkland.com
**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1413
Facsimile: (415) 439-1500

17
18

*Counsel for Defendant*
*Henry Schein, Inc.*

19
20
21
22
23
24
25
26
27
28